SO. CAL. EQUAL ACCESS GROUP  
Jason J. Kim (SBN 190246)  
Jason Yoon (SBN 306137)  
101 S. Western Ave., Second Floor  
Los Angeles, CA 90004  
Telephone: (213) 205-6560  
cm@SoCalEAG.com  

Attorneys for Plaintiff,  
KENNETH DAVIDSON  

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>Plaintiff,<br><br>vs.<br><br>PETER KWONG D/B/A ECONO LUBE N' TUNE & BRAKES; HAROUT DERMENDJIAN, AS TRUSTEE OF THE HAROUT DERMENDJIAN AND GAYANE DERMENDJIAN LIVING TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:25-cv-03152-HDV (MAAx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff KENNETH DAVIDSON ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: May 20, 2025                    **SO. CAL EQUAL ACCESS GROUP**

                                                      */s/ Jason J. Kim*  
                                          JASON J. KIM  
                                          Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28